UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MEDVE ENERGY VENTURES L L C** | **CASE NO. 6:17-CV-01336** |
| **VERSUS** | **JUDGE JUNEAU** |
| **WARHORSE OIL & GAS L L C ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

**THIS MATTER** came before the Court on January 17, 2019 for oral argument on the Objections to Report and Recommendation filed by Defendants, Steven Kent II and Jana Kent. Present in Court were Paul Matthew Jones, on behalf of Plaintiff, Medve Energy Ventures, LLC; and Jacob Weixler and Richard Hymel, on behalf of Defendants, Steven Kent II and Jana Kent.

After hearing the arguments of counsel, and having conducted an independent review of the record, the Court adopts the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, having determined that the findings and recommendations are correct under the applicable law,

**IT IS ORDERED** that the Motion to Dismiss filed by Defendants, Steven W. Kent II and Jana Kent, [Rec. Doc. 42] is **GRANTED IN PART AND DENIED IN PART**, in

that the Motion as to the Single-Business Enterprise claim is **GRANTED** and the Motion as to the Fraud to Pierce the Corporate Veil and Alter Ego claims is **DENIED**.

**IT IS FURTHER ORDERED** that the jury trial in this matter is hereby set for February 3, 2020 at 9:30 a.m. The pretrial conference is hereby set for January 22, 2020 at 3:30 p.m. in chambers. A separate scheduling order shall be issued.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 17th day of January, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE